# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     v.<br><br>Myron Motley,<br><br>                    Defendant. | Case No. 3:19-cr-00027-LRH-WGC<br><br>**ORDER** |

Leave of Court is granted for the filing of the foregoing motion to dismiss pursuant to Fed. R. Crim. P. 48(a); and

IT IS THEREFORE ORDERED that the indictment against MYRON MOTLEY is hereby DISMISSED.

Dated this 9th day of June, 2021.

_____
LARRY R. HICKS
U.S. DISTRICT COURT JUDGE